**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SUMMER ALONSO**,<br><br>*Plaintiff*,<br><br>v.<br><br>**UNIONVILLE CHADDS FORD SCHOOL DISTRICT, et al.**,<br><br>*Defendants*. | **Case No. 2:25-cv-05697-JDW** |

**ORDER**

**AND NOW**, this 16th day of September, 2026, upon consideration of Defendants Roger Summers and Summers Logging, LLC's Motion For Summary Judgment (ECF No. 38), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED.**

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.